# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelina Mamedova,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>    Respondents. | No. CV-25-04619-PHX-DWL (JZB)<br><br>**ORDER** |

Pending before the Court is Petitioner's "Notice of Service and Response to Order to Show Cause." (Doc. 14.) In the Notice, Petitioner responds to this Court's Order to Show Cause with proof of service upon Respondents. *See generally* (*id.*) In light of Petitioner's Notice, and good cause appearing, this Court shall vacate its prior Order to Show Cause.

Accordingly,

**IT IS ORDERED** that this Court's Order to Show Cause (doc. 13) is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall:

    1) File a copy of (doc. 14-1) as a notice of service executed upon Eloy Detention Center;

    2) File a copy of (doc. 14-2) as a notice of service executed upon Respondent John E. Cantu;

    3) File a copy of (doc. 14-3) as a notice of service executed upon the U.S. Attorney's Office for the District of Arizona;

    4) File a copy of (doc. 14-4) as a notice of service executed upon Respondent

U.S. Department of Homeland Security;

5) File a copy of (doc. 14-5) as a notice of service executed upon Respondent Pamela Bondi; and

6) File a copy of (doc. 14-6) as a notice of service executed upon U.S. Immigration and Customs Enforcement Office of the Director.

Dated this 12th day of March, 2026.

Honorable John Z. Boyle
United States Magistrate Judge